IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TYRONG GODBOLD                                                                    PLAINTIFF

V.                                    CASE NO. 6:16-CV-06073

JOHN HAMMONS, individually
and in his official capacities; PATRICK LANGLEY,
individually and in his official capacities;
THE CITY OF HOT SPRINGS, a municipal corporation
and public body corporate and politic;
BRANDON JONES, individually and in his official
capacities; DAVID FLORY, individually and in
his official capacity as former Chief of Police; and
JASON STACHEY, in his official capacity as Chief of Police
Hot Springs Police Department                                                     DEFENDANTS

## JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment. ECF No. 33. Plaintiff has filed a response. ECF No. 38. Defendants have filed a reply. ECF No. 41. The Court finds this matter ripe for consideration.

For the reasons set forth in the Memorandum Opinion of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 33) should be and hereby is **GRANTED**. Plaintiff's case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of October, 2018.

                                                    /s/ Susan O. Hickey
                                                    Susan O. Hickey
                                                    United States District Judge